UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACI MORGAN, as trustee of TMI Assets Trust,<br><br>                              Plaintiff,<br><br>v.<br><br>AARON MICHAEL HOOK, an individual; PROFESSIONAL INSTALLERS, INC., a North Carolina limited liability company; and DOES 1 through 10, inclusive,<br><br>                              Defendants. | Case No.:  22-CV-1918 TWR (JLB)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND DISMISSING DEFENDANT PROFESSIONAL INSTALLERS, INC.**<br><br>(ECF Nos. 6, 7) |

On March 20, 2023, the Court ordered Plaintiff Traci Morgan to show cause why this action should not be dismissed as to Defendant Professional Installers, Inc. for failure to effect service of process. (ECF No. 6, "Order.")  In response to that Order, Plaintiff filed a Notice of Voluntary Dismissal, (ECF No. 7), dismissing Defendant Professional Installers, Inc. only pursuant to Federal Rule of Civil Procedure 41(a).  The Court thus

/ / /

/ / /

/ / /

1  **DISCHARGES** its March 20, 2023, Order to Show Cause, and **DISMISSES** Defendant
2  Professional Installers, Inc. from this action.
3      **IT IS SO ORDERED.**
4  Dated: April 7, 2023

                                                          *[signature]*
                                      Honorable Todd W. Robinson
                                      United States District Judge